AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 23, 2024

SEAN F. McAVOY, CLERK

| | |
|---|---|
| ERIC TOWNSEL, <br> *Plaintiff* <br> v. <br> KENNETH SAWYER, DAVID KENNEY, SANDRA THOMPSON, CHAD HARBOUR, JAKENNETH SAWYER, DAVID KENNEY, SANDRA THOMPSON, CHAD HARBOUR, JACKIE SHUEY, JAMES EDWARDS, KEN MOORE, STEVEN SUNDBERG, TANNER MINK, STACY THOMPSON, AUSTIN FRANK, TAMME HACKATHORN, KATHRYN MCCANN, (FIRST NAME UNKNOWN) TAYLOR, KATHY MOORE,CKIE SHUEY, JAMES EDWARDS, KEN MOORE, STEVEN SUNDBERG, TANNER MINK, STACY THOMPSON, AUSTIN FRANK, TAMME HACKATHORN, KATHRYN MCCANN, (FIRST NAME UNKNOWN) TAYLOR, KATHY MOORE, <br> *Defendant* | Civil Action No. 2:23-cv-00224-SAB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiff's Motion to Voluntarily Dismiss Complaint pursuant to Fed. R. Civ. P. 41(a), ECF No. 30, is GRANTED. Pursuant to the Order filed at ECF No. 31, Plaintiff's First Amended Complaint, ECF No. 19, is DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Stanley A. Bastian   on Plaintiff's Motion to Voluntarily Dismiss Complaint.

Date: 4/23/2024

*CLERK OF COURT*

SEAN F. McAVOY

s/ Ruby Mendoza
*(By) Deputy Clerk*

Ruby Mendoza